UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M. GRANT,<br>　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No.   8:22-cv-00314-MAA<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

　　The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATE: January 20, 2023

_____
THE HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1